# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH ELAINE GRAVES,       ) | |
| ) | Case No. _____ |
| Plaintiff,       ) | |
| v.       ) | Assigned to: |
| ) | |
| LABORATORY CORPORATION    ) | JURY TRIAL DEMANDED |
| OF AMERICA HOLDINGS, et al.  ) | |
| ) | removed from the Superior Court |
| ) | for the District of Columbia, Civil |
| Defendants.       ) | Division, Case No. 2016 CA 004139 M |
| _____) | |

## DEFENDANT LABORATORY CORPORATION OF AMERICA'S
## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Laboratory Corporation of America Holdings ("LabCorp") hereby gives notice that the above-captioned action pending in the Superior Court for the District of Columbia is hereby removed to the United States District Court for the District of Columbia.  In support of removal, LabCorp respectfully states the following:

## GROUNDS FOR REMOVAL

**I.   THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.**

1. On or about June 7, 2016, Ruth Elaine Graves ("Plaintiff") filed this action entitled *Graves v. Laboratory Corporation of America Holdings, et al.*, Case No. 2016-CA-004139 M, in the Superior Court for the District of Columbia.

2. LabCorp was served with a copy of the Summons and Complaint on July 15, 2016. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

3. No further proceedings have been had in this action.

4. No previous application has been made for the relief requested herein.

5.      Removal to this Court is proper because it is "the district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a). Therefore, this action is properly removed to the U.S. District Court for the District of Columbia pursuant to 28 U.S.C. § 88.

6.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon LabCorp, which include the Summons and Complaint, are attached hereto collectively as Exhibit 1.

7.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon the Plaintiff and a copy is being filed with the Clerk of the Superior Court for the District of Columbia.

8.      A copy of the civil cover sheet is attached hereto as Exhibit 2.

9.      If any question arises regarding the propriety of the removal of this action, LabCorp respectfully requests the opportunity to present briefing and/or oral argument in support of their position that this case is removable.

## II.     REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1332 AND 1441.

10.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action between citizens of different states in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest.

### A.      There is complete diversity between the parties.

11.     Plaintiff is now, and was at the time of the filing of the Complaint, a resident of the District of Columbia. (*See* Complaint.) Accordingly, LabCorp avers that Plaintiff is now, and was at the time of the filing of this action, a resident, and therefore a domiciliary and citizen, of the District of Columbia. *See State Farm Mut. Auto. Ins. Co. v. Dyer*, 19 F.3d 514, 520 (10th Cir.

1994)) (A party's residence is "prima facie" evidence of citizenship.); *Weiner v. Zeneca Pharm. Found.*, 1999 WL 342247, * 2 (E.D.N.Y. May 14, 1999) (residence at the time a lawsuit is filed is prima facie evidence of an individual's citizenship) (citations omitted); *Willis v. Westin Hotel Co.*, 651 F. Supp. 598, 601 (S.D.N.Y. 1986) (citing *District of Columbia v. Murphy*, 314 U.S. 441, 455 (1941) (the place where a person lives is properly taken to be that person's domicile until established to the contrary)).

12.  LabCorp is now, and was at the time Plaintiff commenced this action, a corporation organized under the laws of the State of Delaware with its principal place of business in North Carolina and, therefore, is a citizen of Delaware and North Carolina for purposes of determining diversity. 28 U.S.C. § 1332(c)(1).

13.  Pursuant to 28 U.S.C. 1441(b)(1), the citizenship of "Doe" defendants is disregarded for purposes of removal.

14.  Hence, there is complete diversity between the plaintiff and defendant in this case, and this Court has subject matter jurisdiction under 28 U.S.C. § 1332.

15.  In addition, no defendant is a citizen of the state in which this action was brought.

### B. The amount in controversy requirement is satisfied.

16.  It is apparent from the face of the Complaint that Plaintiff seeks recovery of an amount in excess of $75,000, exclusive of interest and costs. Indeed, Plaintiff demands judgment against LabCorp in the sum of $500,000.00. (*See* Complaint.) Thus, Plaintiff's claim for damages exceeds this Court's minimum $75,000 jurisdictional limit. 28 U.S.C. § 1332(a).

WHEREFORE, Defendant LabCorp respectfully removes this action from the Superior Court for the District of Columbia to this Court pursuant to 28 U.S.C. § 1441.

DATED: July 15, 2016                              Respectfully submitted,


                                                  */s/* Bruce R. Parker
                                                  ------------------------------
                                                  Bruce R. Parker (Bar No. 437418)
                                                  VENABLE LLP
                                                  750 E. Pratt Street, Suite 900
                                                  Baltimore, Maryland 21202
                                                  brparker@venable.com
                                                  (410) 244-7400
                                                  (410) 244-7742 (fax)

                                                  *Attorney for Laboratory Corporation of America Holdings*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RUTH ELAINE GRAVES, ) | |
| ) | Case No. _____ |
| Plaintiff, ) | |
| v. ) | Assigned to: |
| ) | |
| LABORATORY CORPORATION ) | JURY TRIAL DEMANDED |
| OF AMERICA HOLDINGS, et al. ) | |
| ) | removed from the Superior Court |
| ) | for the District of Columbia, Civil |
| Defendants. ) | Division, Case No. 2016 CA 004139 M |
| _____) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of July, 2016, I filed the foregoing *Notice of Removal* with the Clerk of the Court.

I FURTHER CERTIFY that on the 15th day of July, 2016, a copy of the foregoing *Notice of Removal* was sent by mail, first-class, postage prepaid, to:

Lawrence S. Lapidus
1990 M Street NW, Suite 350
Washington, D.C. 20036

*Attorney for Plaintiff Graves*

/*s*/ Bruce R. Parker
Bruce R. Parker